**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| **v.** | : | **Case No. 22-CR-287-2 (RCL)** |
| | : | |
| **KENDALL HATTON-JUGGINS,** | : | |
| | : | |
| **Defendant.** | : | |

**GOVERNMENT'S MEMORANDUM IN SUPPORT OF**
**PRETRIAL DETENTION FOR DEFENDANT KENDALL HATTON-JUGGINS**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this memorandum in support of its oral motion that defendant Kendall Hatton-Juggins be detained pending trial pursuant to 18 U.S.C. § 3142(f)(1)(E) (a felony offense that involves the possession or use of a firearm or other dangerous weapon) of the federal bail statute. The Government requests that the following points and authorities, as well as any other facts, arguments and authorities presented at the detention hearing, be considered in the Court's determination regarding pretrial detention.

**INTRODUCTION**

The charged offense and related investigation have revealed that the defendant, Kendall Hatton-Juggins, together with co-defendant David Zanders, actively committed an armed kidnapping of two unsuspecting victims on May 1, 2022, in an apparent attempt to steal money and belongings from the victims. According to the victims, the subjects had firearms and one or both of the subjects pointed a firearm at the victims in close range during the offense. And as described further below, when one victim managed to escape from the co-defendants' vehicle

1

while it was parked at a gas station, Hatton-Juggins was the subject who attempted to pull the victim back to the co-defendants' vehicle.

The identity of co-defendants Hatton-Juggins and Zanders is not seriously in dispute. The investigation has revealed significant evidence identifying co-defendants Hatton-Juggins and Zanders as the subjects who committed this kidnapping. In addition, during a custodial interview, Hatton-Juggins admitted that he was one of the two subjects who participated in the offense, that the co-defendant's possessed firearms during the offense, and identified himself as the subject who was seen on surveillance footage attempting to pull a victim back to the co-defendant's vehicle.

Additionally, as explained further below, law enforcement is investigating a second incident that occurred later the same day, during which it is believed that co-defendant Zanders, with Hatton-Juggins, and another subject, committed an armed robbery and carjacking of two other victims. This investigation has also revealed that Hatton-Juggins' criminal conduct has become increasingly serious and dangerous, which not only poses a danger to the safety of the community, but also demonstrates clear disregard for the rule of law.

The charged offense carries significant potential penalties for the defendants: if Hatton-Juggins is convicted of Count 1, he faces a sentencing guidelines range of at least 121 months to 151 months of imprisonment. Therefore, Hatton-Juggins faces penalties in this case that are far greater than any previous term of imprisonment he has served to date.

For the reasons set forth below, the Government submits that Hatton-Juggins should be held without bond pending trial to ensure the safety of the community and his appearance at future court proceedings for this case.

## PROCEDURAL HISTORY AND APPLICABLE AUTHORITY

On August 25, 2022, co-defendants Kendall Hatton-Juggins and David Zanders were charged by Indictment with one count of Kidnapping, in violation of 18 U.S.C. § 1201(a)(1), for the armed kidnapping of two victims, Victim-1 and Victim-2 (collectively the "Victims"), on May 1, 2022. (ECF No. 1.)

An Initial Appearance for Hatton-Juggins was held on August 29, 2022, at which the Government moved for Hatton-Juggins' pretrial detention pursuant to 18 U.S.C. § 3142(f)(1)(E).

The Government respectfully submits that Hatton-Juggins is a danger to the community and a flight risk. The Government must establish by clear and convincing evidence that a defendant is a danger to the community. *United States v. Peralta*, 849 F.2d 625, 626 (D.C. Cir. 1988). The Government must establish by preponderance of the evidence that a defendant poses a risk of flight. *United States v. Vortis*, 785 F.2d 327, 328-29 (D.C. Cir. 1986). The Government may proceed by way of proffer at a detention hearing. *United States v. Smith*, 79 F.3d 1208, 1209-10 (D.C. Cir. 1996).

Section 3142(g) provides that the Court should consider and weigh the following four factors in determining whether to detain a defendant pending trial:

(1)     the nature and circumstances of the offense charged, including whether the offense is a crime of violence or involves a firearm;

(2)     the weight of the evidence against the defendant;

(3)     the history and characteristics of the defendant, including but not limited to criminal history and whether, at the time of the current offense or arrest, the defendant was on release pending trial for an offense under Federal, State, or local law; and

(4)     the nature and seriousness of the danger to any person or the community that would be posed by the defendant's release.

18 U.S.C. § 3142(g). In consideration of the facts and circumstances of this case, the Government respectfully submits that there is no condition or combination of conditions that would assure the safety of the community and Hatton-Juggins' appearance at future proceedings. Therefore, Hatton-Juggins should be detained pending trial in this case pursuant to 18 U.S.C. § 3142(e)(1).

## ANALYSIS

### I.  Nature and Circumstances of the Charged Offenses

The current charge against Hatton-Juggins and co-defendant Zanders relates to their armed kidnapping of two victims for multiple hours on May 1, 2022, in and around Washington, D.C. and Maryland, during which the co-defendants took money and belongings from the Victims and attempted to steal additional money from the Victims' accounts.

The investigation revealed that the co-defendants' picked up the Victims in the co-defendants' vehicle, after which point the co-defendants' threatened the Victims with firearms, stole their personal items and cell phones, attempted to take money from the Victims' accounts using cell phone applications, and traveled to multiple ATM locations to withdraw money from the Victims' accounts, all over the course of approximately two hours. Both victims managed to escape from the co-defendants' without physical harm and promptly found means to call 911 to report the incident to law enforcement.

First, the investigation revealed that on May 1, 2022, at approximately 1:00 a.m. to 1:15 a.m., two victims mistakenly entered the co-defendants' vehicle, which they believed to be an Uber, after exiting the Flash nightclub in the vicinity of 645 Florida Avenue in Washington, D.C. The investigation has determined that the vehicle was a four-door Dodge Charger sedan, light gray in color, which at that time had a black wrap on the hood, roof, and trunk of the vehicle (the

"Subject Vehicle"). Co-defendant Zanders was driving the Subject Vehicle and Hatton-Juggins was in the front passenger seat.

According to Victim-2, after realizing the Subject Vehicle was not their Uber, Victim-2 asked the driver, Subject-1 (subsequently identified by law enforcement as Zanders) to pull over so that the Victims could get out and walk home. However, Zanders refused to do so. Shortly thereafter, the front passenger, Subject-2 (subsequently identified by law enforcement as Hatton-Juggins) brandished a handgun and demanded property from both Victims. The Victims complied with Hatton-Juggins' demands and handed over their personal items to him. Both Hatton-Juggins and Zanders also demanded the PIN number for the Victims' bank and credit cards, which the Victims provided. Victim-1 reported that Victim-1's cell phone was stolen by the Subjects during the incident. Victim-2 reported that Victim-2's cell phone, watch, and wallet (containing bank/credit cards, a Maryland Driver's License, and approximately $15.00) were stolen by the Subjects during the incident. The Victims reported that the Subjects drove the Subject Vehicle, with the Victims inside, to multiple ATM locations and attempted to make withdrawals using the Victims' bank cards. Both Victim-1 and Victim-2 stated that they were intoxicated when they left the Flash nightclub and during the period of this incident.

The investigation revealed that multiple attempts were made to withdraw funds from the Victims' accounts using cell phone applications, without the Victims' authorization, during the course of this incident. Victim-1 reported that four transfers for a total of $2,155 were attempted from Victim-1's Zelle account on May 1, 2022. Transaction records revealed that the transfers were attempted to be sent to a contact named "Food Jones" with telephone number (202) 985-7675, as depicted below:



*Victim-1 Zelle Account History*

Victim-2 reported that four withdrawals for a total of $4,500 were attempted from Victim-2's Venmo account on May 1, 2022, as depicted below:

| | |
|---|---|
| Transaction amount: | $1,000.00 USD |
| Disputed amount: | $1,000.00 USD |
| Date: | May 1, 2022 |
| Dispute ID: | VM-D-1143313 |
| Transaction amount: | $1,500.00 USD |
| Disputed amount: | $1,500.00 USD |
| Date: | May 1, 2022 |
| Dispute ID: | VM-D-1143312 |
| Transaction amount: | $500.00 USD |
| Disputed amount: | $500.00 USD |
| Date: | May 1, 2022 |
| Dispute ID: | VM-D-1143311 |
| Transaction amount: | $1,500.00 USD |
| Disputed amount: | $1,500.00 USD |
| Date: | May 1, 2022 |
| Dispute ID: | VM-D-1143314 |

*Victim-2 Venmo Account History*

The investigation also revealed that at approximately 2:15 a.m., the Subject Vehicle traveled to a Giant Food store shopping center located at 5812 Eastern Avenue in Hyattsville, Maryland. Surveillance footage obtained from the Giant Food store shows the Subject Vehicle

6

driving in and around the shopping center parking lot during approximately 2:15 a.m. to 2:23 a.m., including near where a PNC Bank ATM is located, as depicted below[1]:

 



***Giant Food Store Surveillance Footage (Subject Vehicle Circled in Red)***

Victim-2 reported that three withdrawals for a total of $1,000 were made using Victim-2's bank card on May 1, 2022 (which showed a posted date of May 2, 2022) from an ATM located at 5815 Eastern Avenue, Chillum, Maryland, which is located in the same Giant Food store shopping

---

[1]   The surveillance footage initially provided by Giant Food to law enforcement included a time stamp during the six o'clock a.m. hour; however, Giant Food security personnel confirmed to law enforcement that surveillance records indicate the footage is from the two o'clock a.m. hour.

center as shown in the surveillance footage. Victim-2's bank card records depicting these withdrawals are shown below:

| 05/02/2022 | 05/02/2022 | $200.00 | $4,684.01 | D | Y | ATM | 5815 EASTERN AVE N0501 1277CHILLUM MDPNCPM1804 0577570 |
|---|---|---|---|---|---|---|---|
| 05/02/2022 | 05/02/2022 | $400.00 | $4,884.01 | D | Y | ATM | 5815 EASTERN AVE N0501 1277CHILLUM MDPNCPM1804 0577569 |
| 05/02/2022 | 05/02/2022 | $400.00 | $5,284.01 | D | Y | ATM | 5815 EASTERN AVE N0501 1277CHILLUM MDPNCPM1804 0577568 |

***Victim-2 Bank Account History***

The investigation further revealed that the Subject Vehicle drove to a Valero gas station located at 5420 New Hampshire Avenue NW, Washington, D.C. at approximately 2:40 a.m., as depicted in surveillance video obtained from the gas station:



***The Subject Vehicle at the Valero Gas Station***

As shown above, the Subject Vehicle was a Dodge Charger sedan, with no front license plate and an unknown rear license plate that appeared to be covered or obstructed. Surveillance footage showed that Subject-2, subsequently identified as Hatton-Juggins, exited the front passenger seat of the Subject Vehicle in the gas station parking lot, as depicted below:

 

*The Subject Vehicle and Hatton-Juggins*

In addition, Victim-1 reported to law enforcement, and surveillance video at the Valero gas station shows, that Victim-1 escaped from the rear passenger seat of the Subject Vehicle while it was parked at the gas station. After Victim-1 exited the Subject Vehicle and began to move away, Hatton-Juggins attempted to grab Victim-1 and bring him back to the Subject Vehicle, as depicted below:



*Victim-1 (left), Hatton-Juggins (middle), and the Subject Vehicle (right)*

9

Hatton-Juggins failed to get control of Victim-1 and returned to the front passenger seat of the Subject Vehicle while Victim-1 walked away toward the gas station. The Subject Vehicle then exited the gas station parking lot, with Victim-2 still inside, and appeared to travel southbound on the 5400 block of New Hampshire Avenue NW. Victim-1 requested assistance from the gas station attendant, who called 911 with Victim-1 to report the incident at approximately 2:48 a.m.

The investigation revealed that shortly thereafter, at approximately 2:52 a.m. to 2:57 a.m., Zanders and Hatton-Juggins let Victim-2 out of the Subject Vehicle in the vicinity of Sargent Road and Valley Drive in Hyattsville, Maryland. Victim-2 then walked to a 7 Eleven store located down the block of Sargent Road, where Victim-2 requested assistance to call 911 to report the incident.

As set forth above, the nature and circumstances of the offense reveal that Kendall Hatton-Juggins actively participated in the armed kidnapping of two victims for multiple hours on May 1, 2022, which strongly demonstrates his danger to the community and therefore supports his detention pending trial in this case.

## II.   <u>Weight of the Evidence Against the Defendant</u>

Based on the Government's investigation to date, the weight of the evidence against Kendall Hatton-Juggins in this case is strong and provides further support for pretrial detention. Law enforcement initially identified co-defendants Hatton-Juggins and Zanders as potential subjects for this May 1, 2022, kidnapping incident after receiving reports and information about a separate armed robbery and carjacking that occurred on May 1, 2022, at approximately 11:30 p.m., in the parking lot of an AutoZone store at 955 Longfellow Street NW, Washington, D.C. Specifically, law enforcement received a report that three armed subjects robbed two victims of their possessions and the victim's vehicle at gunpoint. Notably, according to the victims, the three subjects arrived in two vehicles, one of which was a Dodge Charger sedan that generally matched

the description of the Subject Vehicle. According to one victim, the Instagram username *freedamemberss* was displayed on a window of the Dodge Charger, and the subject who was driving the Dodge Charger was the user of that Instagram account. In addition, a victim subsequently sent photographs to law enforcement of two persons who, according to the victim, were two of the three subjects who conducted the offense. Those photographs are depicted below:

  

Law enforcement subsequently identified the two persons in the photographs as Zanders (left) and Hatton-Juggins (right). Law enforcement also discovered MPD Crime Camera footage from the intersection of George Avenue NW and New Hampshire Avenue NW shortly after the reported incident that depicted a two vehicles similar to the Subject Vehicle's description and the victim's vehicle:



***The Subject Vehicle (top) and Victim's Vehicle (bottom)***

Law enforcement reviewed content posted to the *freedamamberss* Instagram account and determined that it was used by Zanders:



***Screenshots of freedamemberss Instagram Account***

Law enforcement also discovered multiple Instagram stories posted by the *freedamemberss* Instagram account depicting Instagram content posted by the *steez_blowgod* Instagram account, as shown below, which law enforcement determined to be used by Hatton-Juggins:

12



*May 20, 2022 Screenshots of freedamemberss Instagram Account Displaying*
*steez_blowgod Instagram Account*

Victim-2 reported that Victim-2's stolen cell phone was set to lost mode and reported a

notification that the cell phone was located near 214 R Street NW, Washington, D.C., on May 4,

2022, at 10:24 a.m., as depicted below:



The reported location is a short distance from Zanders' address of record at 216 R Street NW,

Apartment #303, as shown below:

13



The investigation further revealed that on May 17, 2022, Zanders attempted to recover a light gray Dodge Charger sedan from the Prince George's County impound lot. Staff at the impound lot contacted law enforcement because it appeared that the vehicle had been re-VINed, which is a technique that may be used to disguise the true identity of a stolen vehicle. Law enforcement determined that the vehicle matched a 2020 grey Dodge Charger previously stolen in Fredericksburg, Virginia on April 19, 2022. On May 17, 2022, the *freedamemberss* Instagram account, used by Zanders, posted a story about attempting to retrieve the vehicle that day:



***Screenshots of May 17, 2022 freedamemberss Instagram Story***

14

On May 27, 2022, law enforcement viewed the vehicle that Zanders attempted to recover at the Prince George's County impound lot and observed that pieces of black wrap remained on the sides of the hood and the trunk of the vehicle:

  

Law enforcement also observed multiple locations where a fake VIN was placed on the vehicle and where the true VIN was removed from the vehicle. In addition, law enforcement observed three temporary license plates in the trunk, and that the vehicle had a remote-controlled license plate cover for its rear license plate. Law enforcement determined that the vehicle was the Subject Vehicle operated by Zanders and used in the instant and subsequent offense on May 1, 2022.

On June 16, 2022, law enforcement executed a search warrant authorized by the United States District Court for the District of Columbia for two locations: (1) 216 R Street NW, Apartment #303, Washington, D.C., the address of record for Zanders (the "Zanders Residence"); and (2) 5419 13th Street NW, Washington, D.C., the address of record for Hatton-Juggins (the "Hatton-Juggins Residence"). During the search at the Zanders Residence, law enforcement discovered and seized mail addressed to Zanders and a necklace with the words "LIL DAVE" that appears to match the necklace displayed on the *freedamembers* Instagram account post shown above. During the search at the Hatton-Juggins residence, law enforcement discovered and seized

multiple devices, including a cell phone and laptop, black jeans that appear similar to the jeans worn by Subject-2 in the May 1, 2022, Valero gas station surveillance footage, a loaded pistol, and other items.

Hatton-Juggins was present at the time of the search and arrested for an outstanding arrest warrant from Prince George's County, Maryland, where he was charged in the District Court for Prince George's County, Maryland, for violations of (1) Md. Crim. Law Code § 7-104 (Theft: $25,000 to Under $100,000); (2) Md. Crim. Law Code § 7-105 (Unlawful Taking of Motor Vehicle); and (3) Md. Crim. Law Code § 6-206(b) (Breaking and Entering Motor Vehicle – Rogue and Vagabond). After Hatton-Juggins was arrested, he waived *Miranda* warnings and was interviewed by law enforcement.

During the interview, Hatton-Juggins confirmed that he participated in the May 1, 2022, kidnapping and carjacking incidents described above. Hatton-Juggins stated that he was with Zanders on May 1, 2022, during both incidents. Hatton-Juggins also provided several details about the May 1, 2022, incidents, including but not limited to that: during the kidnapping incident, Zanders was driving the vehicle and Hatton-Juggins was in the front passenger seat; during the kidnaping incident, both Hatton-Juggins and Zanders were armed with handguns; during the carjacking incident, Hatton-Juggins had a handgun; and the different locations Victim-1 and Victim-2 were driven to during the kidnapping incident. In addition, Hatton-Juggins identified himself as the person in the photograph of Subject-2 at the Valero gas station on May 1, 2022.

Law enforcement reviewed records on the laptop seized from the Hatton-Juggins Residence, which revealed messages exchanged between Hatton-Juggins and telephone number 202-300-2212, saved under the contact name "MyBoy," which law enforcement has identified as used by Zanders:

16

- On May 1, 2022, Hatton-Juggins received a message from "MyBoy" that stated, "On news" and included a photograph from a television broadcast of the Metropolitan Police Department's BOLO for the May 1, 2022, kidnapping:



- On May 2, 2022, Hatton-Juggins received a message from "MyBoy" that stated: "Our shit made the news again we on there now too." Hatton-Juggins replied: "U grabbed itt & kill wtfff." "MyBoy" then replied, in part: "Not yet because i had to go park the charger [. . .]."

The investigation further revealed that on June 30, 2022, Zanders's *freedamemberss* Instagram account made an Instagram live post that depicted Zanders inside of a storage facility and removing items (including a drum magazine for a firearm) from a storage locker numbered "7144," as shown in part below:



*Screenshots of June 30, 2022, freedamemberss Instagram Story*

Law enforcement discovered Zanders was an authorized user of storage Unit #7144 at the ExtraSpace Storage facility located at 72 Florida Avenue NE, Washington, D.C. Specifically, records provided by ExtraSpace Storage revealed that Unit #7144 was leased by a person who is the mother of Zanders's child, and further that "David Zanders" was listed as an alternate contact who was authorized to access the storage unit, as shown below:

**ExtraSpaceStorage.**
72 Florida Ave NE
Washington DC, 20002
(202) 921-4343

*Professionally managed by:*
EXTRA SPACE MANAGEMENT, INC.
2795 E. Cottonwood Pkwy, Suite 300
Salt Lake City, UT 84121
(888) STORAGE

| | |
|---|---|
| Rental Agreement Date: | Sep 28, 2021 |
| Account ID: | 2001117381 |
| Space Number: | 7144 |
| Approximate Size: | 5x8 |
| Monthly Rental Charge: | $50.00 |
| Monthly Due Date: | 28 |
| Paid Through Date: | 10/27/2021 |
| Monthly Billing Election: | N |

**CUSTOMER**
Name ▮▮▮
Address
City, State ZIP   Washington   DC   20020
Cell Phone   (202) 985-7677
Alternate Phone   DC
Identification ▮▮▮
Date of Birth ▮▮▮
E-mail   ▮▮▮@gmail.com

**ALTERNATE CONTACT**
Name   David   Zanders
Address
City, State ZIP
Cell Phone
Alternate Phone
Authorized for Access?   Access
*If alternate information is refused,*
*Customer must sign here.*   X

Others Authorized for Access (other than Customer): _____
* Operator, in its sole discretion, may provide any individual(s) authorized for access in this Agreement with gate code, unit no., account information, and assist with lock cutting

**Addenda**

| Is there a lien on any of the items to be stored? If yes, Lien Addendum is required. | Is a vehicle that requires state registration being stored? If yes, Vehicle Addendum is required. | Is Customer or Customer's spouse a service member in the military? If yes, Military Addendum is required. | Is Customer a business? If yes, Business Addendum is required. |
|---|---|---|---|
| No | No | No | No |

General Description of Property Stored:   Clothes, personal items
Declared Value of Property Stored: $2000.00

Customer acknowledges that the information provided above is accurate and current.   X ▮▮▮

*Excerpt of Lease Agreement for Storage Unit #7144*

On July 1, 2022, law enforcement executed a search of storge Unit #7144, which revealed items including, but not limited to, the following:

- Documents depicting Zanders' name, including a New Jersey Driver's License for Zanders, District of Columbia Certificate of Birth for Zanders, and an appraisal by Gold Rush jeweler for a "LIL DAVE" necklace matching the appearance of the necklace depicted in the *freedamemberss* Instagram post. The appraisal listed the customer as "David Zanders" with an address 216 R Street NE, Apt. #303, Washington, DC 20002, and telephone number 202-300-2212. Notably, that telephone number matches the telephone number for contact "MyBoy" on the records recovered from Hatton-Juggins's laptop described above.

- Victim-2's Maryland Driver's License.

- 13 identification cards and 17 bank cards that do not belong to Zanders.

- A shotgun, firearm magazines, and ammunition.

19

As summarized above, law enforcement's investigation has revealed substantial evidence that an armed kidnapping and robbery of the two Victims occurred in the early morning hours of May 1, 2022, and that the two subjects who perpetrated the offense were Zanders and Hatton-Juggins. This evidence includes, but is not limited to: victim reports; surveillance videos; bank records; communications between Zanders and Hatton-Juggins; and Victim-2's stolen driver's license found inside of Zanders' storage unit. In addition, Hatton-Juggins' admitted to law enforcement that he was Subject-2 who, together with Zanders, committed this offense. Therefore, the weight of the evidence against Kendall Hatton-Juggins in this case is strong and supports pretrial detention.

**III.    The Defendant's History and Characteristics**

Based on available records, the Government is not aware of any previous criminal convictions for Hatton-Juggins. However, Hatton-Juggins currently has two open cases pending in state court in Prince George's County, Maryland, for firearm and auto theft offenses. The Government is very concerned that the instant offense, an armed kidnapping and robbery, represents not only a continued, but also a significant escalation of, Hatton-Juggins' prior criminal conduct. The defendant's actions during the May 1, 2022, kidnapping incident, which he subsequently admitted to possessing a firearm during the course of, plainly demonstrate that Hatton-Juggins does not have respect for the safety of others, the safety of the community, or the rule of law.

Furthermore, in addition to the instant kidnapping incident, Hatton-Juggins has been identified as one of three subjects in an armed robbery and carjacking that occurred during the night of May 1, 2022, less than 24 hours after the armed kidnapping charged in this case. During his custodial interview, Hatton-Juggins stated that he also possessed a firearm during that incident.

20

In sum, the defendant's recent escalation to more serious, dangerous, and potentially violent conduct, all while on pretrial release for a firearm offense in Prince George's County, Maryland, creates strong concerns for the safety of the community and the defendant as a flight risk, which in turn further supports the defendant's pretrial detention in this case.

IV.   **Danger to the Community**

The nature and circumstances of the charged offense strongly demonstrate that Hatton-Juggins's lack of judgment, respect for the law, and respect for the safety and property of others pose an ongoing danger to the community.

As set forth above, the instant offense involved Hatton-Juggins's active participation in an armed kidnapping of two strangers for multiple hours in and around Washington, D.C. and Maryland. The investigation has revealed that Hatton-Juggins pointed a firearm at the Victims during the course of the kidnapping; indeed, Hatton-Juggins admitted to law enforcement that he and co-defendant Zanders possessed firearms during the incident.

Importantly, law enforcement's investigation also revealed that, after the kidnapping incident in the early morning hours of May 1, 2022, Hatton-Juggins and co-defendant Zanders also participated in a separate incident that involved an armed robbery and carjacking of different victims later that same day. The pattern of armed offenses against others and their property evidenced by Hatton-Juggins in this case is a dangerous and potentially violent combination that poses a significant risk to the safety of the community. As a result, this factor also strongly weighs in favor of pretrial detention.

**V.**     **There are No Condition or Combination of Conditions that Would Ensure Kendall Hatton-Juggins' Appearance, the Safety of the Community, or Compliance with Court-Ordered Release Conditions**

The instant offense conduct raises significant concerns about the danger posed to the community should Hatton-Juggins be released, irrespective of any pretrial release conditions that may be imposed. Moreover, law enforcement's ongoing investigation has revealed additional similarly dangerous conduct against others that further demonstrates the danger the defendant poses to the community, as well as his disrespect for the safety of others and the rule of law. This record strongly supports the Government's position that Hatton-Juggins would circumvent the Court's efforts to reasonably control his behavior through conditions of release to keep the community safe and ensure his appearance at future proceedings.

## CONCLUSION

For the foregoing reasons and any presented at the detention hearing for this matter, the Government respectfully submits that the Court should grant the Government's motion to detain defendant Kendall Hatton-Juggins pending trial because he has demonstrated that he is a danger to the community and a flight risk.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

By:     _/s/ Thomas G. Strong_
Thomas G. Strong
Assistant United States Attorney
601 D Street NW
Washington, DC 20530
thomas.strong@usdoj.gov

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that I caused a copy of the foregoing to be served upon counsel of record via the Electronic Case Filing (ECF) system on August 31, 2022.

By: <u>*/s/ Thomas G. Strong*</u>
    Thomas G. Strong
    Assistant United States Attorney